JUSTUS HEILBRONN et al., Respondents, *v.* ABRAHAM S. HERZOG, Appellant.

*Heilbronn* v. *Herzog,* 103 App. Div. 595, affirmed.
(Argued December 14, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1905, affirming a judgment in favor of plaintiffs

ent..red upon a verdict and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

*Julius J. Frank* for appellant.

*Benjamin N. Cardozo* and *Meyer M. Friend* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.